UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:06-CR-83-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| LINWOOD ROWLAND | |

On motion of the Defendant, Linwood Rowland, and for good cause shown, it is hereby ORDERED that DE 180 be sealed until further notice by this Court.

IT IS SO ORDERED.

This **17th** day of September, 2019.

_____
LOUISE WOOD FLANAGAN
United States District Judge