UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:06-CR-83-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LINWOOD ROWLAND | ORDER TO SEAL |

On motion of the Defendant, Linwood Rowland, and for good cause shown, it is hereby ORDERED that DE __167__ be sealed until further notice by this Court.

IT IS SO ORDERED.

This 17th day of September, 2019.

_____
LOUISE WOOD FLANAGAN
United States District Judge